UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.J., *a minor*, by and through his legal guardian VALBONA LAHU, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>NATIONS RECOVERY CENTER, INC.,<br><br>Defendant. | Civil Action No. 2:19-cv-18260-SDW-ESK<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

The undersigned, being counsel for all parties who have appeared in this action, represent neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, by this stipulation and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses this action without prejudice as to his individual claims and without prejudice as to the claims of the putative class, and without costs.

 

KIM LAW FIRM LLC
Attorneys for Plaintiff

DATED: April 29, 2020

*s/Yongmoon Kim*
Yongmoon Kim

BARRON & NEWBURGER, P.C
Attorneys for Defendant

DATED: April 29, 2020

*s/Mitchell L. Williamson*
Mitchell L. Williamson

SO ORDERED:

DATED:

Susan D. Wigenton, U.S.D.J.